**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 10-04022MP-001-PCT-MEA |
| Plaintiff, | |
| vs. | **ORDER** |
| Ruben Elias, | |
| Defendant. | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph A of the Petition to Revoke Supervised Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions.

IT IS FURTHER ORDERED that the defendant's supervised probation is extended six (6) months from this date to terminate on August 1, 2011.

DATED this 1st day of February, 2011.

Mark E. Aspey
United States Magistrate Judge